IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Criminal Action:   13-cr-00472-RBJ             Date:  May 13, 2014
Courtroom Deputy:  Julie Dynes                 Court Reporter: Kara Spitler
Interpreter:       N/A                         Probation:  Gary Kruck

| *Parties* | *Counsel* |
| --- | --- |
| UNITED STATES OF AMERICA | *Thomas M. O'Rourke* |
| **Plaintiff** | |
| v. | |
| 1. BRENDA JOYCE SISK | *Robert W. Pepin* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:30 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [20] Government's Motion to Dismiss Counts 2, 3, 4, 5, 7, and 8 is GRANTED.

[25] Motion for Statutory Sentence and Request to File out of Time is GRANTED IN PART and DENIED IN PART, as stated on the record.

**ORDERED:**   Defendant shall be **imprisoned** for **12 months and one day** as to Count One and Count six of the Indictment, to be served concurrently.

> Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years** as to Count One and Count six of the Indictment, to be served concurrently.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Drug test requirement is WAIVED.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.
- (**X**) The defendant shall pay restitution in the amount of $95,093.39 to Key Bank.
- (**X**) The defendant must report any lottery winnings, tax refunds, inheritance, or other unanticipated monies that the defendant comes into to the probation department. The defendant shall apply that amount to the restitution balance as directed by the probation department.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) per count, to be paid immediately.

> Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

> Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:** 9:24 a.m.          Hearing concluded.          Total time:   00:54